United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  CHRISTOPHER JOHNSON,                     No. C 08-4242 WHA (PR)

11                    Petitioner,            **ORDER OF DISMISSAL**

12    v.

13  WARDEN EVANS, C. RICE, JERRY
    BROWN and MIKE KNOWLES,

14
                      Respondents.
15  _____/

16          This case was opened when the clerk received a petition for mandamus.  The petition is,

17  however, headed "In the United States Court of Appeals for the Ninth Circuit," and the

18  certificate of service shows that copies were sent to a number of addresses, including that of this

19  court.  The case is **DISMISSED** as opened in error.  No fee is due.  The clerk shall close the file.

20          **IT IS SO ORDERED.**

21  Dated:  January ___21___, 2009.        _____

22                                         WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28  G:\PRO-SE\WHA\HC.08\JOHNSON4242.DSM.wpd